United States District Judge Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CINDY D. JOHNSON, | ) |
| | ) CIVIL NO. 3:12-cv-5604-BHS-JRC |
| Plaintiff, | ) |
| | ) ORDER FOR EAJA FEES, COSTS AND |
| vs. | ) EXPENSES |
| | ) |
| CAROLYN COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| | ) |

Based upon the stipulation of the parties, it is hereby ORDERED that attorney's fees in the total amount of $7,623.17 (which is for work performed by Jeffrey Baird in the amount of $6,572.40 plus work performed by Elie Halpern in the amount of $1,050.77) and expenses in the amount of $27.08 (for postage and fax charges) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $24.20 (for photocopies and filing fee) pursuant to 28 U.S.C. § 1920; 31 U.S.C. § 1304(a), shall be awarded to Plaintiff pursuant to <u>Astrue v. Ratliff</u>, __ U.S. __ (2010), 130 S. Ct. 2521 (2010) and delivered via check to Plaintiff's counsel, Elie Halpern, at Mr. Halpern's office at Elie Halpern & Associates, PLLC, 1800 Cooper Pt. Road SW, Bldg. 19, Olympia, WA 98502. However, if the U.S. Department of the Treasury determines

ORDER FOR EAJA FEES, COSTS AND EXPENSES
[3:12-cv-5604-BHS-JRC] - 1

Elie Halpern & Associates, PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055, Fax: (360) 753-8584
ehalpern@aol.com

1  that Plaintiff's EAJA fees, expenses, and costs are not subject to any offset allowed under the

2  Department of the Treasury's Offset Program, then the check for EAJA fees, expenses, and costs

3  shall be made payable to Plaintiff's attorney, Elie Halpern, and delivered via check to Mr.

4  Halpern's office at Elie Halpern & Associates, PLLC, 1800 Cooper Pt. Road SW, Bldg. 19,

5  Olympia, WA 98502.

       DATED this 16th day of September, 2013.

                                            _____
                                            BENJAMIN H. SETTLE
       Presented by:                        United States District Judge


S/ELIE HALPERN_____
ELIE HALPERN, WSBA #1519
Attorney for Plaintiff

ORDER FOR EAJA FEES, COSTS AND EXPENSES
[3:12-cv-5604-BHS-JRC] - 2

Elie Halpern & Associates, PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055, Fax: (360) 753-8584
ehalpern@aol.com